Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Fort Myers Division

| | |
|---|---|
| Mediana Pierre, Samuel Alice <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> Irma Fuentes; Mackenzie Eichen; Todd Christopher Drosky; ~~[redacted]~~; PennyMac Loan Services LLC; Hometown Equity Mortgage LLC DBA The Lender; Nationwide Title Clearing <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 2:26-CV-553-KCD-DNF <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  ☒ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

**A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mediana Pierre |
| Street Address | 11665 Collier Bldv suite 990898 |
| City and County | Naple |
| State and Zip Code | Fl 34116 |
| Telephone Number | |
| E-mail Address | medianapierre.estate@proton.me |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Nationwide Title Clearing |
| Job or Title *(if known)* | Title company |
| Street Address | 2100 Alt 19 North |
| City and County | Palm Harbor |
| State and Zip Code | FL 34683 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Frenkel Lambert Weiss Weisman & Gordo |
| Job or Title *(if known)* | |
| Street Address | 3400 S. OCEAN BLVD Unit 9F |
| City and County | Island Beach |
| State and Zip Code | FL |
| Telephone Number | 33487 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | PennyMac Loan Services LLC |
| Job or Title *(if known)* | servicer |
| Street Address | 1200 S. PINE ISLAND ROAD |
| City and County | Plantation |
| State and Zip Code | Florida 33324 |
| Telephone Number | 8007774001 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Todd Christopher Drosky |
| Job or Title *(if known)* | Counsel, Mayor |
| Street Address | 150 N.E. 2nd Ave |
| City and County | Deerfield Beach |
| State and Zip Code | FL 33441 |
| Telephone Number | 9542504078 or 9547320665 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name : Todd Christopher Drosky

Job or Title: Counsel for PennyMac Loan Services, LLC

Street Address:   1 E Broward Blvd Ste 1111

City and County: Fort Lauderdale

State and Zip Code : FL 33301-1894

Telephone Number: 954-522-3233

**Defendant No. 2**

Name: Irma Fuentes

Job or Title (if known): Manager for FMS, employed by PennyMac Loan Services, LLC

Street Address: 3043 Townsgate Rd

City and County: Westlake Village

State and Zip Code : CA 91361

**Defendant No. 3**

Name: Mackenzie Eichen

Job or Title (if known): Vice president

Street Address: 2100 US-19 ALT,

City and County:  Palm Harbor

State and Zip Code : FL 34683

**Defendant No. 4**

Name: PennyMac Loan Services

Job or Title (if known): Servicer

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Street Address: 3043 Townsgate Rd

City and County: Westlake Village

State and Zip Code : CA 91361

**Defendant No. 5**

Name: hometown equity mortgage llc dba TheLender

Job or Title (if known): Servicer

Street Address: 25531 Commercentre Dr. Ste 250

City and County: Lake Forest, CA 92630

State and Zip Code: 25531, CA 92630

**Defendant No. 6**

Name: Frenkel Lambert Weiss Weisman & Gordon

Street Address:    1 E Broward Blvd Ste 1111

City and County: Fort Lauderdale

State and Zip Code : FL 33301-1894

Telephone Number: 954-522-3233

**Defendant No. 7**

Name: Nationwide Title Clearing, llc.

Job or Title (if known):

Street Address: 2100 Alt 19 North

City and County:  Palm Harbor

State and Zip Code : FL 34683

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This Court has original jurisdiction under 28 U.S.C. § 1331 because this action arises under federal law. Specifically, the plaintiffs assert claims under 18 U.S.C. §§ 1961–1968 (Civil RICO)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Mediana Pierre , is a citizen of the State of *(name)* Florida .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    The defendant, *(name)*   Irma, Fuentes  , is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

  b. If the defendant is a corporation

    The defendant, *(name)*   Pennymac Loan services LLC  , is incorporated under the laws of the State of *(name)*   FL  , and has its principal place of business in the State of *(name)*   CA  .

    Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

While jurisdiction exists based on the federal question, the amount in controversy also exceeds $75,000, as plaintiffs seek damages totaling $1,400,000, exclusive of interest, costs, and attorneys' fees.

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Enterprise:
Defendants Todd Drosky, Frenkel Lambert & Gordon, P.A., PennyMac Loan Services, LLC, Irma Fuentes, Mackenzie Eichen, and Hometown Equity Mortgage, LLC formed and operated an "association-in-fact" enterprise within the meaning of 18 U.S.C. § 1961(4). The Enterprise functioned as an ongoing organization with the common purpose of extracting money and seizing real property through the use of fabricated loan documents, fraudulent assignments, and deceptive foreclosure filings.

Predicate Acts / Fraudulent Conduct

1. Irma Fuentes certification say that under 702,015 (4) she saw Frankenstein Note (Forgery): In February 23rd 2024, Defendant pennymac claim a Promissory Note and Mortgage in Collier County public records. The Note is materially inconsistent: Page 1 reflects a 3.5% fixed interest rate with time stamp 03:06PM, attached signature page corresponds to a separate 3.75% loan authograth page of times stamp 10:28AM transaction. This alteration constitutes intentional forgery, furthering the Enterprise's scheme.

2. Certification of Possession – Irma Fuentes: Fuentes filed a Certification of Possession in state foreclosure, swearing under penalty of perjury that PennyMac possessed the "original" Note. Given the Note's internal inconsistencies, this certification was knowingly false, intended to mislead the Court, and constitutes mail and wire fraud.

3. Wild Deed – Mackenzie Eichen: Eichen executed and recorded a purported assignment/Wild Deed transferring interest from Hometown Equity Mortgage, LLC to PennyMac Loan Services, LLC. At the time, Hometown Equity had no legal or equitable interest, making the transfer fraudulent. Eichen acted as a "robo-signer," holding multiple corporate officer positions to fabricate chains of title. Transmission via mail or electronic systems constitutes mail and wire fraud.

4. Foreclosure Filings – Todd Drosky & Frenkel Lambert: Defendants prosecuted foreclosure based on the Frankenstein Note and Wild Deed. They served the complaint and supporting documents via mail and interstate electronic filing, committing mail and wire fraud, seeking over $150,000 from Plaintiffs.

5. Fraudulent Misrepresentation of Loan Status – Todd Drosky: On February 19, 2026, Drosky filed unverified interrogatory responses falsely claiming the loan was "not in a pool." Plaintiffs possess a MERS Milestone Report and a direct mailing from PennyMac dated January 2, 2026, containing a Ginnie Mae CUSIP number, conclusively proving securitization. By concealing the Real Party in Interest, this act constitutes wire fraud and an overt act of the Enterprise.

6. Securities Fraud / Misrepresentation of Loan Securitization – Todd Drosky: The same misrepresentation regarding securitization also constitutes securities fraud, as the loan was part of a Ginnie Mae-backed mortgage pool, a federally regulated security. By falsely representing that the loan was "not in a pool," Defendants misled investors, Plaintiffs, and the Court regarding the true ownership and rights associated with the loan. This misrepresentation was material, intentional, and part of the Enterprise's scheme to conceal the Real Party in Interest and unlawfully seize Plaintiffs' property.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

WHEREFORE, Plaintiffs Mediana Pierre and Samuel Alice respectfully request that this Court enter judgment in their favor and against all Defendants, jointly and severally, and grant the following relief:

A. Treble Damages (18 U.S.C. § 1964(c))
Award Plaintiffs compensatory damages in the amount of $1,400,000.00, to be trebled as mandated by 18 U.S.C. § 1964(c), for a total award of $4,200,000.00, as a direct and proximate result of Defendants conducting the affairs of an enterprise through a pattern of racketeering activity.

B. Emergency Injunctive Relief – Evidence Preservation and Asset Safeguard
Issue a preliminary injunction, narrowly tailored to preserve evidence and protect Plaintiffs' interests, without enjoining ongoing state foreclosure proceedings, as follows:
1.   Evidence Preservation: Require Defendants, their agents, and attorneys to preserve all original and electronic records relating to the "Frankenstein Note," the "Wild Deed," mortgage statements, assignments, and any communications or documents connected to Collier County Case No. [Insert Number].
2.   Asset Safeguard: Prohibit Defendants from transferring, encumbering, or selling proceeds derived from the subject property or mortgage payments already collected, pending resolution of this federal RICO action.
3.   Notification Requirement: Require Defendants to provide notice to Plaintiffs and this Court of any attempted transfer, assignment, or sale of the subject property or related instruments.
This relief is designed to prevent spoliation of evidence, dissipation of assets, and further fraudulent acts, while minimizing the risk of dismissal under Younger abstention.

C. Declaratory Judgment
Enter judgment declaring that:
1.   The materially altered "Frankenstein Note" (reflecting inconsistent interest rates of 3.5% and 3.75%) is fraudulent, forged, void ab initio, and unenforceable; and
2.   The purported "Wild Deed" executed by Defendant Mackenzie Eichen is void and without legal effect, and therefore cannot confer standing or support any legal claim against Plaintiffs' property.

D. Disgorgement / Restitution
Order Defendants to disgorge and return approximately $200,000.00 in mortgage payments obtained through fraudulent billing practices and acts of mail and wire fraud.

E. Punitive Damages
Award punitive damages in an amount to be determined at trial to punish Defendants for willful, malicious, and intentional misconduct and to deter future fraudulent "robo-signing" and document fabrication schemes.

F. Quiet Title / Record Correction
Order cancellation and removal of the fraudulent Note, Mortgage, and any related assignments from the public records of Collier County, Florida, and declare that title to the subject property held by the Alpisame Living Trust is free and clear of any claim arising from the void instruments.

G. Costs and Additional Relief
Award Plaintiffs their costs of suit, reasonable attorney's fees as authorized by 18 U.S.C. § 1964(c), and such other and further relief as the Court deems equitable and just.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-27-2026

Signature of Plaintiff: By: mediana pierre
Printed Name of Plaintiff: mediana pierre

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Fort Myers Division

| | |
|---|---|
| Mediana Pierre and Samuel Alice<br>Plaintiff(s)<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>See attachment A: See Attachment A: Pennymac Loan Services Llc, Frenkel Lambert Weiss Weisman & Gordon, Llp, Hometown Equity Mortgage, Llc Dba Thelender, Nationwide Title Clearing, Llc<br>Defendant(s)<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 2:26-CV-553-KCD-DNF<br>(to be filled in by the Clerk's Office)<br><br>Jury Trial: (check one)  ☒ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Samuel Alice |
   | Street Address | 11665 Collier Bldv #990779 |
   | City and County | Naple |
   | State and Zip Code | Fl 34116 |
   | Telephone Number | |
   | E-mail Address | |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Irma Fuentes |
| Job or Title *(if known)* | Manager for FMS, employed by PennyMac Loan Services LLC |
| Street Address | PennyMac Headquarters  3043 townsgate Road suite 200 |
| City and County | Westlake Village |
| State and Zip Code | CA 91361 |
| Telephone Number | 81822247442 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | mackenzie eichen |
| Job or Title *(if known)* | vice president |
| Street Address | PennyMac Headquarters  3043 townsgate Road |
| City and County | Westlake Village |
| State and Zip Code | CA 91361 |
| Telephone Number | 8182247442 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | PennyMac Loan Services LLC |
| Job or Title *(if known)* | servicer |
| Street Address | 1200 S. PINE ISLAND ROAD |
| City and County | Plantation |
| State and Zip Code | Florida 33324 |
| Telephone Number | 8007774001 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Hometown Equity mortgage llc dba THELENDER |
| Job or Title *(if known)* | |
| Street Address | 1201 HAYS STREET |
| City and County | Tallahassee |
| State and Zip Code | FL 32301 |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This Court has original jurisdiction under 28 U.S.C. § 1331 because this action arises under federal law. Violation of the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. §§ 1961–1968; 18 U.S.C. § 1341 (Mail Fraud); 18 U.S.C. § 1343 (Wire Fraud); 18 U.S.C. § 1503 (Obstruction of Justice); and 18 U.S.C. § 1621 (Perjury).

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* .Mediana Pierre_____ , is a citizen of the State of *(name)* Florida_____ .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

> The defendant, *(name)* Irma, Fuentes , is a citizen of
> the State of *(name)* _____ . Or is a citizen of
> *(foreign nation)* _____ .
>
> b.  If the defendant is a corporation
>     The defendant, *(name)* Pennymac Loan services LLC , is incorporated under
>     the laws of the State of *(name)* FL , and has its
>     principal place of business in the State of *(name)* CA .
>     Or is incorporated under the laws of *(foreign nation)* _____ ,
>     and has its principal place of business in *(name)* _____ .
>
> *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

    > While jurisdiction exists based on the federal question, the amount in controversy also exceeds $75,000, as plaintiffs seek damages totaling $1,400,000, exclusive of interest, costs, and attorneys' fees.

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

lWho: The Enterprise, consisting of PennyMac Loan Services, LLC; Mortgage Electronic Registration Systems, Inc. (MERS); Nationwide Title Clearing, LLC; Frenkel Lambert Weiss Weisman & Gordon, LLP; Irma Fuentes; Mackenzie Eichen; and Todd Drosky.

What: A coordinated scheme to manufacture standing, fabricate a chain of title, conceal securitization, and enforce a mortgage through knowingly false certifications, fraudulent assignments, and material misrepresentations to the state court.

When: The predicate acts began no later than December 1, 2023 (Fuentes Certification), continued through January 25–26, 2024 (Manufactured Assignment), and were further advanced through litigation filings and discovery misconduct, including the February 17, 2016 concealment regarding pooling status.
 The conduct is ongoing, as the fraudulent instruments remain relied upon to support foreclosure enforcement.

Where: The scheme operated across state lines, including Moorpark, California (claimed note location); Palm Harbor, Florida (document fabrication and execution); and Collier County, Florida (judicial enforcement proceedings), utilizing interstate wires, electronic recording systems, and court e-filing infrastructure.

How (Continuity and Relationship):
The predicate acts are related because they share the same purpose: to falsely establish PennyMac as the party entitled to enforce the note and mortgage despite the loan's prior securitization into a Ginnie Mae pool (CUSIP 36179WG44). Each act depended on the others. Fuentes' certification created the illusion of possession. Eichen's assignment attempted to retroactively cure standing defects by manufacturing a paper chain of title. Drosky's litigation statements concealed the true investor to prevent exposure of the securitization conflict.

The acts demonstrate both closed-ended and open-ended continuity. Closed-ended continuity exists because the scheme involved multiple predicate acts over a substantial period of time. Open-ended continuity exists because the Enterprise's business model relies upon similar document manufacturing and securitization concealment in foreclosure proceedings, posing a continued threat of repetition.

The Enterprise functioned as an ongoing organization with a common purpose, defined roles, and coordinated activity. The servicer generated the enforcement narrative; the registry and document vendor created the instruments; and litigation counsel operationalized the fraud within the judicial system. Together, these actions constitute a "pattern of racketeering activity" within the meaning of 18 U.S.C. § 1961(5)...

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

WHEREFORE, Plaintiffs Mediana Pierre and Samuel Alice respectfully request that this Court enter judgment in their favor and against all Defendants, jointly and severally, and grant the following relief:

A. Treble Damages (18 U.S.C. § 1964(c))
Award Plaintiffs compensatory damages in the amount of $1,400,000.00, to be trebled as mandated by 18 U.S.C. § 1964(c), as a direct and proximate result of Defendants conducting the affairs of an enterprise through a pattern of racketeering activity.

B. Emergency Injunctive Relief – Evidence Preservation and Asset Safeguard
Issue a preliminary injunction, narrowly tailored to preserve evidence and protect Plaintiffs' interests, without enjoining ongoing state foreclosure proceedings, as follows:
1. Evidence Preservation: Require Defendants, their agents, and attorneys to preserve all original and electronic records relating to the "Frankenstein Note," the "Wild Deed," mortgage statements, assignments, and any communications or documents connected to Collier County Case No. 11-2024-CA-000399-0001-01.
2. Asset Safeguard: Prohibit Defendants from transferring, encumbering, or selling proceeds derived from the subject property or mortgage payments already collected, pending resolution of this federal RICO action.
3. Notification Requirement: Require Defendants to provide notice to Plaintiffs and this Court of any attempted transfer, assignment, or sale of the subject property or related instruments.
This relief is designed to prevent spoliation of evidence, dissipation of assets, and further fraudulent acts, while minimizing the risk of dismissal under Younger abstention.

C. Declaratory Judgment
Enter judgment declaring that:
1. The materially altered "Frankenstein Note" (reflecting inconsistent interest rates of 3.5% and 3.75%) is fraudulent, forged, void ab initio, and unenforceable; and
2. The purported "Wild Deed" executed by Defendant Mackenzie Eichen is void and without legal effect, and therefore cannot confer standing or support any legal claim against Plaintiffs' property.

D. Disgorgement / Restitution
Order Defendants to disgorge and return approximately $200,000.00 in mortgage payments obtained through fraudulent billing practices and acts of mail and wire fraud.

E. Punitive Damages
Award punitive damages in an amount to be determined at trial to punish Defendants for willful, malicious, and intentional misconduct and to deter future fraudulent "robo-signing" and document fabrication schemes.

F. Quiet Title / Record Correction
Order cancellation and removal of the fraudulent Note, Mortgage, and any related assignments from the public records of Collier County, Florida, and declare that title to the subject property held by the Alpisame Living Trust is free and clear of any claim arising from the void instruments.

G. Costs and Additional Relief
Award Plaintiffs their costs of suit, reasonable attorney's fees as authorized by 18 U.S.C. § 1964(c), and such other and further relief as the Court deems equitable and just.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/27/2026

Signature of Plaintiff: By: Alice Samuel, Beneficiary

Printed Name of Plaintiff: Samuel Alice

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____