FILED - USDC - FLMD - FTM
APR 28 2026 AM10:56

**UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA Fort Myers**

**MEDIANA PIERRE et Al,** Plaintiff,

v. **CASE NO: 2:26-cv-00553-KCD-DNF**

**EICHEN, FUENTES, DROSKY, et al.,** Defendants.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Mediana Pierre and Samuel Alice, hereby give notice that the above-captioned action is voluntarily dismissed, **without prejudice**, against all Defendants.

As of the date of this filing, no Defendant has served either an answer or a motion for summary judgment. Therefore, this dismissal is effective immediately upon filing.

Dated: 4/27/2026

Respectfully submitted,

**By:** Mediana Pierre
**Mėdiana Pierre**, Individual/Surety for MEDIANA PIERRE. **Durable POA for SAMUEL ALICE AND MEDIANA PIERRE**
**beneficiary of MEDIANA PIERRE .**
**ALPISAME LIVING TRUST Trustee.**
**Without Prejudice All Rights Reserved**
11665 Collier Blvd suite 990898, Naples Fl, 34116

**By:** Alice Samuel
**Samuel Alice**, Individually and as Beneficiary ALPISAME LIVING TRUST. **Durable POA for SAMUEL ALICE AND MEDIANA PIERRE**
**Beneficiary of ALPISAME LIVING TRUST**
Affiant **Without Prejudice All Rights Reserved**
11665 Collier Blvd suite 990779, Naples Fl, 34116

**CERTIFICATE OF SERVICE**

I hereby certify that on 4/27/2026 I filed the foregoing with the Clerk of the Court and mailed a copy to the defendants at Addresses below.

**Defendant No. 1**
Name : Todd Christopher Drosky individual and as Counsel for PennyMac Loan Services, LLC
C/O Counsel for PennyMac Loan Services, LLC
Street Address: 1 E Broward Blvd Ste 1111
City and County: Fort Lauderdale
State and Zip Code: FL 33301-1894

**Defendant No. 2**
Name: Irma Fuentes
c/o Manager for FMS, employed by PennyMac Loan Services, LLC
Street Address: 3043 Townsgate Rd
City and County: Westlake Village
State and Zip Code : CA 91361

**Defendant No. 3**
Name: Mackenzie Eichen individual and as MERS Vice president
c/o MERS Vice president
1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324

**Defendant No. 4**
Name: PennyMac Loan Services
c/o registered Agent: CT Corporation System,
1200 South Pine Island Road suite 250, Plantation, FL 33324

**Defendant No. 5**
Name: hometown equity mortgage llc dba TheLender
C/O Registered Agent:Corporation service Company
Address: 1201 Hays St , Tallahassee, FL 32301

**Defendant No. 6**
Name: Frenkel Lambert Weiss Weisman & Gordon
Street Address: c/o David Frenkel
1 E Broward Blvd Ste 1111
City and County: Fort Lauderdale
State and Zip Code : FL 33301-1894

**Defendant No. 7**
Name: Nationwide Title Clearing, llc.
c/o registered Agent: Catherine Selm
Address: 2100 Alt 19 N, Palm Harbor, FL 34683

**Defendant No. 8**

Daniel Perotti, Individually;
And as Chief Financial Officer of PennyMac Financial Services, Inc.
Attention; Daniel Perotti
3043 Townsgate Road,
Westlake Village, CA 91361.

***Defendant No. 9**
Johnny Morton, Individually;
And as Foreclosure Operations Supervisor for PennyMac Loan Services, LLC.
Attention: Johnny Morton
14800 Trinity Blvd, Suite 100,
Fort Worth, TX 76155.